RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB 12 2026

DANIEL J. McCOY, CLERK
BY: _____

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Justin Chadwick Butler | ) | Case No. |
| DOB 12/03/1994 | ) | 5:26-mj-00038 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 9, 2026** in the county of **Caddo Parish** in the **Western** District of **Louisiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 115(a)(1)(B) | Influencing, Impeding, or Retaliating against a Federal official |
| 18 U.S.C § 875 | Transmit in Interstate or Foreign Commerce any Communication Containing any Threat |

This criminal complaint is based on these facts:
See below affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

U.S. Capitol Police SA Vincent Veloz
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/12/2026

_____
Judge's signature

City and state: Shreveport, LA

Hon. Mark L. Hornsby
Printed name and title