UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA  　　　5:26-MJ-00038

v.

JUSTIN CHADWICK BUTLER (01),　　MAGISTRATE JUDGE HORNSBY

　　　　　Defendant
_____/

MOTION TO UNSEAL AFFIDAVIT SUPPORTING COMPLAINT

NOW INTO COURT, comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully represents as follows:

1.

On February 12, 2026, a complaint was brought against Justin Chadwick Butler charging one count of Influencing, Impeding, or Retaliating against a Federal Official, 18 U.S.C. § 115(a)(1)(B), and one count of Transmit in Interstate or Foreign Commerce any Communication Containing any Threat, 18 U.S.C. § 875.

2.

Although the case file is generally unsealed, the affidavit supporting the criminal complaint is sealed. (Attachment 1 to Record Document 1.)

3.

The defendant is in custody, and has a detention hearing set for February 18, 2026.

WHEREFORE, the United States moves for an Order unsealing the affidavit supporting the complaint pending in the above captioned matter.

                                          Respectfully submitted,

                                          ZACHARY A. KELLER
                                          UNITED STATES ATTORNEY

BY:    /s/ *William Gaskins*
           WILLIAM GASKINS
           ASSISTANT UNITED STATES ATTORNEY