**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**UNITED STATES OF AMERICA**　　　　　**CASE NO.  5:26-MJ-00038-01**

**VERSUS**　　　　　　　　　　　**MAGISTRATE JUDGE HORNSBY**

**JUSTIN CHADWICK BUTLER (01)**

**EXHIBIT LIST**
**Detention Hearing  2/18/26**

**PARTY:** UNITED STATES OF AMERICA

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| G-1 | OSINT Threat Assessment | 02/18/2026 |
| G-2 | Photo | 02/18/2026 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |