UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | CASE NO. 5:26-MJ-00038-01 |
|---|---|
| VERSUS | MAGISTRATE JUDGE HORNSBY |
| JUSTIN CHADWICK BUTLER (01) | |

**EXHIBIT LIST**
**Detention Hearing  2/18/26**

**PARTY:** DEFENDANT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| JB-1 | Facebook screenshot | 02/18/2026 |
| JB-2 | Instagram screenshot | 02/18/2026 |
| JB-3 | Summary of doctor visits | 02/18/2026 |
| JB-4 | Enlisted Performance Reports | 02/18/2026 |
| JB-5 | Photos of house | 02/18/2026 |